June 12, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

MATTHEW ALFRED FRIEDSAM, Appellant

NO. 14-11-00642-CR         V.

STATE OF TEXAS, Appellee

_____

     This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment. We therefore order that the judgment be **REVERSED**, the indictment be **DISMISSED**, the appellant be acquitted, and this decision be certified below for observance.